IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jefferson, Lolita

Printed: 10/23/07

Case Number: 07 B 08602
Judge: Goldgar, A. Benjamin
Filed: 5/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 11, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 465.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 439.89 |
| Trustee Fee: |  | 25.11 |
| Other Funds: |  | 0.00 |
| Totals: | 465.00 | 465.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,584.00 | 439.89 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 10,000.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 14,000.00 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 688.45 | 0.00 |
| 6. | Nicor Gas | Unsecured | 25.71 | 0.00 |
| 7. | Wells Fargo Financial Illinois Inc | Unsecured | 55.06 | 0.00 |
| 8. | LVNV Funding | Unsecured | 6.50 | 0.00 |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 11. | Harris Trust & Savings Bank | Secured |  | No Claim Filed |
| 12. | Sallie Mae | Unsecured |  | No Claim Filed |
| 13. | Sallie Mae | Unsecured |  | No Claim Filed |
| 14. | American Collection Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,359.72 | $ 439.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.11 |
|  | $ 25.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jefferson, Lolita

Printed: 10/23/07

Case Number: 07 B 08602
Judge: Goldgar, A. Benjamin
Filed: 5/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

                                      _/s/ Denise Ashley_